# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:12-cv-01835-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 8) |

The Court has read and considered Plaintiff's ex parte application to continue the mandatory scheduling conference and finds that good cause exists to amend the scheduling ordered. Accordingly, the order setting the mandatory scheduling conference, filed November 13, 2012, is HEREBY AMENDED as follows:

1. The mandatory scheduling conference set for February 12, 2013, at 9:00 a.m. in Courtroom 9 is continued to March 5, 2013, at 2:00 p.m. in Courtroom 9;

2. The parties shall meet and confer regarding the joint scheduling report by February 12, 2013; and

3. A joint scheduling report shall be filed and e-mailed in Word or WordPerfect format to saborders@caed.uscourts.gov on or before February 26, 2013.

IT IS SO ORDERED.

Dated:   **February 6, 2013**          /s/ **Stanley A. Boone**
                                                        UNITED STATES MAGISTRATE JUDGE