UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ<br><br>Plaintiff<br><br>vs<br><br>STATE OF CALIFORNIA and SIDNEY SMYTH<br><br>Defendants | **CASE NO.  1:12-CV-01835 SAB**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE |

   IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge of the above entitled action.  The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

## 1:12-cv-01835 SAB

IT IS SO ORDERED.

Dated:    February 19, 2013

_____
SENIOR  DISTRICT  JUDGE