# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ, | Case No. 1:12-cv-01835-SAB |
| Plaintiff, | ORDER GRANTING DEFENDANTS' APPLICATION TO WITHDRAW CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| v. | |
| STATE OF CALIFORNIA, et al., | (ECF No. 14) |
| Defendants. | FOURTEEN DAY DEALINE |

This action was filed on November 8, 2012, against Defendants State of California and Sidney Smyth. On February 15, 2013, an answer to the complaint and consent to magistrate jurisdiction was filed by Defendants. (ECF No. 12.) On February 25, 2013, Defendants filed a application to withdraw their consent. Defense counsel submits a declaration asserting that the consent form was filed in error and she has not yet had an opportunity to consult with the defendants on whether they will consent to the jurisdiction of the magistrate judge.

The Court finds good cause to grant the motion. Accordingly,

IT IS HEREBY ORDERED that:

1. Plaintiff's application to withdraw consent to magistrate judge is GRANTED; and

///

///

///

1

2. Within fourteen days from the date of service of this order, Defendant shall file the form either consenting to or declining to consent to the jurisdiction of the magistrate judge.

IT IS SO ORDERED.

Dated: **February 26, 2013**

UNITED STATES MAGISTRATE JUDGE

2