PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
IRMA B. SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | NO.1:12-CV-01835-SAB<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

The Court having read and considered the Ex Parte Application of Plaintiff IRMA B. SANCHEZ and Declaration of Pamela Y. Price for an Order to Continue the Mandatory Scheduling Conference currently set for March 5, 2013, and good cause appearing therefore, the Court adopts the following schedule**:**

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Meet and Confer re: Joint Scheduling Report | February 13, 2013 | March 29, 2013 |
| File Joint Scheduling Report | February 26, 2013 | April 11, 2013 |
| Mandatory Scheduling Conference | March 5, 2013 | April 16, 2013 at 2:30pm |

IT IS SO ORDERED.

  Dated:   **February 27, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

13010P205PYP