# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:12-cv-01835-SAB<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>**ORDER RESETTING SETTLEMENT CONFERENCE FOR DECMEBER 20, 2013, AT 10:00 A.M.** |

      On April 17, 2013, a Scheduling Order was issued setting a settlement conference for December 19, 2013, before the undersigned. (Doc. 22.) The Scheduling Order required the parties to submit confidential settlement conference statements at least five (5) court days prior to the settlement conference and outlined the required content of the confidential statements. The order also directed the parties to inform the Court, as far in advance of the settlement conference as possible, if the parties believed that the case was not in a settlement posture so that the Court could vacate or reset the settlement conference. (Doc. 22, 7:3-7.)

      On November 25, 2013, the Court issued an Order regarding the settlement conference, among other things, reminding the parties to submit their confidential settlement conference statements to the Court's email address at least five (5) business days before the conference. (Doc. 25.) The parties were also required to file a Notice of Submission of Confidential Settlement Conference Statement. (Doc. 25, 2:2-5.)

Defendants submitted a confidential settlement conference statement as required, and filed a Notice of Submission of Confidential Settlement Conference Statement. Plaintiff, however, failed to submit a statement or contact the Court. In doing so, Plaintiff violated both the Scheduling Order and the Settlement Conference Order.

As a result of Plaintiff's failure to submit a statement and/or contact the Court regarding the settlement conference, the date set for the Settlement Conference is continued to **Friday, December 20, 2013**, to allow adequate time for receipt and review of Plaintiff's tardy confidential settlement conference statement. Plaintiff's disregard of the Court's orders is not only subject to sanctions, it is also professionally discourteous and has caused disruption to both the Defendants' and the Court's calendar.

Accordingly, IT IS HEREBY ORDERED that:

1. The Settlement Conference currently set for December 19, 2013, is CONTINUED to **December 20, 2013, at 10:00 a.m.;**
2. Plaintiff shall submit, via email, a confidential settlement conference statement **no later than 10 a.m. Monday, December 16, 2013;** and
3. Plaintiff shall file a statement SHOWING CAUSE why sanctions should not be imposed for Plaintiff's failure to comply with both the Court's April 17, 2013, Scheduling Order and the Court's November 25, 2013, Settlement Conference Order.

IT IS SO ORDERED.

Dated:   **December 13, 2013**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE