# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ, | Case No. 1:12-cv-01835-SAB |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

On December 13, 2013, the Court ordered Plaintiff to show cause why sanctions should not be imposed for Plaintiff's failure to comply with multiple court orders requiring Plaintiff to submit a confidential settlement conference brief five (5) court days prior to the settlement conference. The Court also ordered Plaintiff to submit a confidential settlement conference brief. (Doc. 27.)

On December 17, 2013, Plaintiff submitted a confidential settlement conference statement via email and a declaration of counsel explaining her failure to timely submit the settlement conference statement.

Having reviewed Plaintiff's counsel's declaration, the order to show cause is DISCHARGED and no sanctions shall issue at this time. Plaintiff's counsel is ADMONISHED that further failures to comply with court orders will not be tolerated.

IT IS SO ORDERED.

Dated:  **December 20, 2013**            **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE