KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants Department of Corrections
and Rehabilitation and Sydney Smyth*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**STATE OF CALIFORNIA, SYDNEY SMYTH, and DOES 1 THROUGH 15, in their individual capacities,**<br><br>                                    Defendants. | 1:12-cv-01835-SAB<br><br>**STIPULATION AND ORDER FOR LEAVE OF COURT FOR DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO THE FIRST AMENDED COMPLAINT** |

**STIPULATION**

WHEREAS during the investigation of Plaintiff's allegations, Defendants California Department of Corrections and Rehabilitation and Sydney Smyth (the "Defendants") have identified an additional defense to Plaintiff's claims;

WHEREAS the parties have met and conferred on the Defendants' intent to file an amended answer and believe this stipulation promotes the interests of judicial economy;

/ / /

/ / /

/ / /

1  NOW THEREFORE, by and through their respective counsel, the parties agree as follows:

1. Defendants may file the First Amended Answer to the First Amended Complaint attached hereto as Exhibit A within seven (7) days of the Court's entry of the order on this stipulation.

SO STIPULATED:

Dated: April 1, 2014                    Respectfully submitted,

                                        KAMALA D. HARRIS
                                        Attorney General of California
                                        SCOTT H. WYCKOFF
                                        Supervising Deputy Attorney General

                                        /s/ Matthew J. Besmer

                                        MATTHEW T. BESMER
                                        Deputy Attorney General
                                        *Attorneys for Defendants*
                                        *Department of Corrections and*
                                        *Rehabilitation and Sydney Smyth*


Dated: March 28, 2014                   PRICE AND ASSOCIATES
                                        A Professional Law Corporation


                                        /s/ John W. H. Stoller
                                        _____
                                        JOHN W. H. STOLLER

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that

    1.    Defendants shall file the First Amended Answer to the First Amended Complaint attached hereto as Exhibit A within seven (7) days of the Court's entry of this order.

IT IS SO ORDERED.

Dated: **April 11, 2014**

UNITED STATES MAGISTRATE JUDGE