KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SCOTT H. WYCKOFF, State Bar No. 191367
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone:  (559) 477-1680
 Fax:  (559) 445-5106
 E-mail:  Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants Department of Corrections
and Rehabilitation and Sydney Smyth*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA, SYDNEY SMYTH, and DOES 1 THROUGH 15, in their individual capacities,**<br><br>                              Defendants. | 1:12-cv-01835-AWI-SAB<br><br>**STIPULATION TO VACATE AND RESET SETTLEMENT CONFERENCE**<br><br>Date:            May 15, 2014<br>Time:           10:00 a.m.<br>Courtroom:   7<br>Judge:          Honorable Sheila K. Oberto<br><br>Trial Date:     January 26, 2015<br>Action Filed:  November 8, 2012 |

### STIPULATION

Plaintiff and Defendants have exchanged offers in preparation for the Settlement Conference scheduled for May 15, 2014, at 10:00 a.m.;

They have discussed the settlement figures and believe that they are so far apart that a settlement conference would be futile at this time;

The scheduling order issued by the Court (Doc. 22) directed that "[a]s far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference."

The parties agree that this case is not in a settlement posture and should be vacated and reset to preserve judicial resources.

NOW THEREFORE, by and through their respective counsel, the parties agree as follows:

1. The Court may vacate the Settlement Conference scheduled for May 15, 2014, at 10:00 a.m., and reschedule the settlement conference for September 4, 2014, at 10:00 a.m. in Courtroom 7.

SO STIPULATED:

Dated:  May 7, 2014                             Respectfully submitted,

                                                KAMALA D. HARRIS
                                                Attorney General of California
                                                SCOTT H. WYCKOFF
                                                Supervising Deputy Attorney General

                                                */s/ Matthew T. Besmer*

                                                MATTHEW T. BESMER
                                                Deputy Attorney General
                                                *Attorneys for Defendants*
                                                *Department of Corrections and*
                                                *Rehabilitation and Sydney Smyth*

Dated:  May 7, 2014                             PRICE AND ASSOCIATES
                                                A Professional Law Corporation


                                                */s/ Pamela Y. Price*

                                                _____
                                                PAMELA Y. PRICE
                                                *Attorneys for Plaintiff*

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that

    1.    The Court vacates the Settlement Conference scheduled for May 15, 2014, at 10:00 a.m., and reschedules the conference for September 4, 2014, at 10:00 in Court Room 7.

IT IS SO ORDERED.

Dated:  **May 8, 2014**                      **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE