PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
LAW OFFICES OF PAMELA Y. PRICE
A Professional Law Corporation
901 Clay Street
Oakland, CA  94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
IRMA B. SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ, | ) 1:12-CV-01835-SAB |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **ENLARGE TIME FOR FILING** |
| v. | ) **JOINT PRETRIAL STATEMENT** |
| | ) |
| STATE OF CALIFORNIA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The parties, by and through their respective counsel of record, hereby stipulate and jointly request the Court's authorization and Order to enlarge the pretrial filing date for their joint Pretrial Conference Statement until Monday, March 23, 2015.

Good cause exists for this brief enlargement of time because of both trial counsel's travel schedules and commitments in other cases.   Specifically, Ms. Sanchez' trial counsel was required to be in Monterey, California for depositions on three (3) days during the week of March 9th in an unrelated matter, then travel to Seattle for a mediation on March 13 and then to Chicago for a mandatory settlement conference with a magistrate judge on March 15-16.   Counsel returned to California for a Final Pretrial Conference in Northern District of California on March 16, 2015 and has been engaged in the filing of numerous pretrial submissions in connection with that matter since the end of February.

-1-

Both counsel have been working diligently to comply with this Court's Standing Order and respectfully request an additional day to coordinate and complete their submissions.

Dated: March 19, 2015                LAW OFFICES OF PAMELA Y. PRICE

                                            /s/ Pamela Y. Price
                                        PAMELA Y. PRICE, Attorney for Plaintiff IRMA B. SANCHEZ

Dated:   March 19, 2015              CALIFORNIA DEPARTMENT OF JUSTICE
                                     DEPUTY ATTORNEY GENERAL

                                            /s/ Matthew T. Besmer
                                        MATTHEW T. BESMER, Attorney for Defendants

**ORDER**

Pursuant to the foregoing stipulation of the parties and good cause appearing therefore, **IT IS HEREBY ORDERED** that the deadline to file the Joint Pretrial Conference Statement shall be enlarged to Monday, March 23, 2015.

IT IS SO ORDERED.

Dated:   **March 20, 2015**

                                          UNITED STATES MAGISTRATE JUDGE