# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>           Defendants. | Case No.  1:12-cv-01835-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL<br><br>(ECF No. 105) |

On April 28, 2015, Plaintiff Irma B. Sanchez filed a request to seal the report of defense medical expert Dr. Charles L. Scott on the ground that the report contains personal and private information pertaining to Plaintiff.  The Court finds that due to the nature of the report, Plaintiff has demonstrated a compelling reason to place the document under seal.

Accordingly, Plaintiff's request to seal, filed April 28, 2015, is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **April 29, 2015**

UNITED STATES MAGISTRATE JUDGE

1