IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**STATE OF CALIFORNIA, SYDNEY SMYTH, and DOES 1 THROUGH 15, in their individual capacities,**<br><br>                              Defendants. | 1:12-cv-01835-SAB<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SEAL MOTION AND MOTION RELATED DOCUMENTS UNDER FEDERAL RULE OF EVIDENCE 412 |

On May 12, 2015, Defendants California Department of Corrections and Rehabilitation and Sydney Smyth filed a request to seal the following document in accordance with Federal Rule of Evidence 412(c)(2) and Local Rule 141:

(1)     Defendants Notice of Motion and Motion Under Rule 412 and the accompanying Memorandum in Support; and

(2)     The Declaration of Matthew T. Besmer filed in support of Defendants' Rule 412 Motion, which included a true and correct copy of the independent medical evaluation report of Charles Scott, M.D., excerpts from the depositions of Irma B. Sanchez and Mario Aboytes, and

excerpts of the transcript prepared from the audio recording of Plaintiff's independent medical evaluation.

The Court finds that due to the nature of these documents and the requirement that Rule 412 matters be sealed, Defendants have demonstrated a compelling reason to seal the documents.

Accordingly, Defendants' request to seal documents is GRANTED.

IT IS SO ORDERED.

Dated:   **May 13, 2015**

UNITED STATES MAGISTRATE JUDGE