# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND SYDNEY SMYTH,<br><br>   Defendants. | Case No.  1:12-cv-01835-SAB<br><br>ORDER REQUIRING PARTIES TO FILE OBJECTIONS TO JURY INSTRUCTIONS AND VERDICT FORM |

During the course of the trial, on May 28, 2015 and June 3, 2015, the parties met informally with the Court to discuss the jury instructions and on June 3, 2014 to also discuss the verdict form.  On June 4, 2015, the parties were provided with the Court's proposed jury instructions and verdict form.  The parties are HEREBY ORDERED to file any objections to the proposed jury instructions and verdict form in writing by noon on Monday, June 8, 2015. The court then intends to issue a ruling without the need for oral argument.

IT IS SO ORDERED.

Dated:  **June 4, 2015**

UNITED STATES MAGISTRATE JUDGE

1