FILED

JUN 04 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-01835-SAB<br><br>ORDER SETTING HEARING ON DEPOSITION DESIGNATIONS |

Plaintiff has requested a hearing on the Court's ruling on Defendants' objections to Plaintiff's deposition designations. The Court shall order the parties to appear at 8:00 a.m. on June 4, 2015 in Courtroom 9 for oral argument on the deposition designation.

IT IS SO ORDERED.

DATED: June 3, 2015

_____
UNITED STATES MAGISTRATE JUDGE