# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND SYDNEY SMYTH,<br><br>            Defendants. | Case No.  1:12-cv-01835-SAB<br><br>ORDER RE JUROR FEES |

The trial in this action began on May 27, 2015.  Pursuant to Title 28, United States Code, Section 1871(b)(2) a petit juror required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the attendance fee, for each day in excess of ten (10) days on which he is required to hear such case.

Accordingly, IT IS HEREBY ORDERED that the jurors in the above entitled case be paid the $50.00 per day attendance fee for their service.

IT IS SO ORDERED.

Dated:   **June 10, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1