

FILED
JUN 12 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


IRMA B. SANCHEZ,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:12-cv-01835-SAB

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
AND SYDNEY SMYTH,

        Defendants.
_____/


        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF IRMA B. SANCHEZ and against DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND SYDNEY SMYTH.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT REGARDING PUNITIVE DAMAGES be entered in favor of PLAINTIFF IRMA B. SANCHEZ and AGAINST SYDNEY SMYTH.


DATED:  June 12, 2015

                            MARIANNE MATHERLY, Clerk

                            By: _____
                                  Deputy Clerk