# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | Case No.: 1:12-cv-01835-SAB<br><br>ORDER TO ENLARGE TIME TO FILE POST TRIAL MOTIONS |

On June 11, 2015, Defendants' counsel, Matthew T. Besmer, made an oral motion in open court to enlarge time to address post-trial matters by five days because he has military duty from June 22, 2015 through June 26, 2015. Plaintiff's counsel had no objection. Defendants' counsel was instructed to prepare a written order.

The Court finds good cause to grant Defendants' motion for an enlargement of time. Accordingly, IT IS HEREBY ORDERED that the time to file any motions or notices regarding all post trial matters, without limitation, is enlarged by five (5) calendar days.

IT IS SO ORDERED.

Dated: __**June 16, 2015**__  _____
UNITED STATES MAGISTRATE JUDGE