

**FILED**

JUN 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IRMA B. SANCHEZ,

        Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
AND SYDNEY SMYTH,

        Defendants.
_____/

**AMENDED JUDGMENT
IN A CIVIL ACTION**

1:12-cv-01835-SAB

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFF IRMA B. SANCHEZ and against DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and SYDNEY SMYTH. Damages in the amount of $550,000.00 are awarded in favor of PLAINTIFF IRMA B. SANCHEZ and against DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION and SYDNEY SMYTH. (ECF Nos. 178 and 179.)

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT REGARDING PUNITIVE DAMAGES in the amount of $15,000.00 be entered in favor of PLAINTIFF IRMA B. SANCHEZ and against DEFENDANT SYDNEY SMYTH. (ECF No. 182.)

DATED: June 18, 2015

                                      MARIANNE MATHERLY, Clerk

                                      By: _____
                                                 Deputy Clerk