1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID J. NEILL, State Bar No. 186997
   Supervising Deputy Attorney General
3  MATTHEW T. BESMER, State Bar No. 269138
   Deputy Attorney General
4   2550 Mariposa Mall, Room 5090
    Fresno, CA  93721
5   Telephone:  (559) 477-1680
    Fax:  (559) 445-5106
6   E-mail:  Matthew.Besmer@doj.ca.gov
   *Attorneys for Defendants Department of Corrections*
7  *and Rehabilitation and Sydney Smyth*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, SYDNEY SMYTH, and DOES 1 THROUGH 15, in their individual capacities,**<br><br>Defendants. | 1:12-cv-01835-SAB<br><br>**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING DISPOSITION OF POST-TRIAL MOTIONS**<br><br>Date:          July 22, 2015<br>Time:          10:00 a.m.<br>Courtroom:  9<br>Judge:         The Hon. Stanley A. Boone<br>Action Filed:  November 8, 2012 |

## INTRODUCTION

A twelve day jury trial commenced on May 27, 2015, and concluded on June 11, 2015. On June 10, 2015, the jury returned a special verdict in favor of Plaintiff, and against Defendants, in the amount of $550,000 of compensatory damages. On June 11, 2015, the jury returned a special verdict for punitive damages against Defendant Smyth in the amount of $15,000.

On June 12, 2015, the Court entered judgment in favor of Plaintiff, and against Defendants, but did not include a monetary award. Doc. 183. On June 18, 2015, the Court entered an amended judgment awarding Plaintiff $550,000 of compensatory damages against both

1

Defendants, and $15,000 of punitive damages against Defendant Smyth. Doc. 185. Defendants are presently preparing their post-trial motions, which include a motion for a new trial, or in the alternative, a remittitur under Federal Rule of Civil Procedure 59. Declaration of Matthew T. Besmer field herewith, ¶ 2.

Based on an oral motion and stipulation made on June 11, 2015, the Court entered an order enlarging time to file post-trial matters by five (5) calendar days given Defendants' counsel's unavailability. Doc. 184. Defendants' Rule 59 motion, therefore, is due on or before July 15, 2015, (which is 28 days after entry of judgment, plus 5 additional days). The hearing on the new trial motion may not be noticed sooner than 28 days after filing and service (L. Rule 291.2 and L. Rule 230(b)). Defendants' Rule 59 motion, therefore, may not be heard until August 12, 2015, or later.

## ARGUMENT

### I. THE COURT MAY STAY THE ENFORCEMENT OF A JUDGMENT PENDING THE DISPOSITION OF A MOTION UNDER RULE 59

An automatic stay is imposed on enforcing judgments for 14 days. Fed. R. Civ. P. 62(b)(3). Thereafter, "[o]n appropriate terms for the opposing party's security, the court may stay the execution of a judgment—or any proceedings to enforce it—pending disposition of" a motion for a new trial or to alter or amend the judgment under Rule 59. Whenever a security is required and not specified by statute, Local Rule 151 requires a party to post a security in an amount the Court deems appropriate. L. Rule 151(a)-(b).

The automatic stay on enforcing the judgment expires on June 26, 2015. Defendants' Rule 59 motion may not be filed until July 15, 2015, and it may not be heard until August 12, 2015. Defendants request that the Court stay enforcement of the judgment until final disposition of their post-trial motions, including their Rule 59 motion.[1] Defendants request that the Court be satisfied with the State of California's ability to pay the compensatory damages awarded in the amount of

---

[1] Defendants may renew their request to stay enforcement of the judgment pending appeal in accordance with Rule 62(d).

$550,000, and any later determination of the prevailing party's attorney's fees and costs without having to post a security. Defendant Smyth will post an appropriate security as required by the Court for the punitive damages.

**CONCLUSION**

Based on the foregoing, Defendants request that the Court issue an order staying enforcement of the judgment pending the disposition of Defendants' post-trial motions, including their Rule 59 motion for a new trial, or in the alternative, a remittitur.

Dated: June 19, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID J. NEILL
Supervising Deputy Attorney General

/S/ *Matthew J. Besmer*

MATTHEW T. BESMER
Deputy Attorney General
*Attorneys for Defendants
Department of Corrections and
Rehabilitation and Sydney Smyth*