# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 1:12-cv-01835-SAB<br><br>ORDER DENYING MOTION TO SHORTEN TIME AND EXTENDING STAY OF ENFORCEMENT OF JUDGMENT<br><br>(ECF No. 189) |

On May 27, 2015, a jury trial in this action commenced. The jury returned a verdict in favor of Plaintiff and against Defendants on all claims on June 10, 2015, and a punitive damage award on June 11, 2015 against Defendant Smyth. On June 19, 2015, Defendants filed a motion to stay enforcement of the judgment pending disposition of post-trial motions in this action and an application for an order shortening time. (ECF Nos. 186-188, 189).

Defendants seek to have the motion to stay heard prior to the expiration of the mandatory thirty day stay on enforcing the original judgment. (ECF No. 189.) The Court shall deny Defendants' application for an order shortening time as the Court's schedule does not provide for an opportunity to hear the motion prior to the currently scheduled date. "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 706 (1997). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort

for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254 (1936). Due to the pending motion to stay enforcement of the judgement, the Court finds good cause to extend the automatic stay for enforcement of the original judgment until disposition of Defendants' motion to stay.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' application for an order shortening time to hear the motion to stay is DENIED;
2. Defendants' motion to stay shall be heard on July 22, 2015, at 10:00 a.m. in Courtroom 9; and
3. The automatic stay on enforcing the original judgment is extended until an order issues resolving Defendants' motion to stay.

IT IS SO ORDERED.

Dated:   **June 23, 2015**

UNITED STATES MAGISTRATE JUDGE

2