IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>                                    Plaintiff,<br><br>   v.<br><br>**STATE OF CALIFORNIA, SYDNEY SMYTH, and DOES 1 THROUGH 15, in their individual capacities,**<br><br>                                    Defendants. | 1:12-cv-01835-SAB<br><br>ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE FOR RULE 59 MOTION FOR THE PURPOSES OF SETTLEMENT NEGOTIATIONS |

   Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

   1.   Defendants' supplemental brief on their Rule 59 motion shall be due on or before November 13, 2015; and

   2.   Plaintiff's supplemental opposition shall be due on or before December 14, 2015.

IT IS SO ORDERED.

Dated:   **September 9, 2015**                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1