# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>              Defendants. | Case No. 1:12-cv-01835-SAB<br><br>ORDER RE REQUEST FOR REDACTION |

On September 25, 2015, Defendants Sidney Smyth and State of California filed an amended request to redact certain portions of the trial transcript in this action. (ECF No. 250.) The Court shall order Plaintiff Irma B. Sanchez to file any opposition to Defendants' amended request on or before October 12, 2015. If Plaintiff has no opposition, Plaintiff shall file a statement of non-opposition on or before October 12, 2015.

Accordingly, it is HEREBY ORDERED that Plaintiff shall file an opposition or statement of non-opposition to Defendants' amended request to redact certain portions of the trial transcript on or before October 12, 2015.

IT IS SO ORDERED.

Dated:   **September 28, 2015**

_____
UNITED STATES MAGISTRATE JUDGE