UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| IRMA B. SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | NO.   1:12-cv-01835-SAB <br><br> **ORDER ON STIPULATION FOR MODIFICATION OF THE BRIEFING SCHEDULE** <br><br> (ECF No. 258) |

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's supplemental opposition to Defendants' motion for a new trial shall be filed on or before January 4, 2016, to allow the parties to continue the ongoing settlement negotiations.   The parties are advised that no further requests to amend the scheduling order will be granted due to on going settlement negotiations.

IT IS SO ORDERED.

Dated:   **December 11, 2015**

UNITED STATES MAGISTRATE JUDGE