1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   LAW OFFICES OF PAMELA Y. PRICE
2  A Professional Law Corporation
   Kaiser Center
3  300 Lakeshore Drive, Ste. 417
   Oakland, CA  94612
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5  E-mail: pamela.price@pypesq.com

6  Attorneys for Plaintiff
   IRMA B. SANCHEZ
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12
   IRMA B. SANCHEZ,                       )   NO.  1:12-CV-01835-SAB
13                                        )
                 Plaintiff,               )   **STIPULATION AND ORDER**
14                                        )   **MODIFYING THE BRIEFING**
   v.                                     )   **SCHEDULE**
15                                        )
   STATE OF CALIFORNIA, SYDNEY            )
16 SMYTH, and DOES 1 THROUGH 15, et al.,  )
                                          )
17               Defendants.              )
   _____    )
18

19        The parties in the above-captioned action hereby stipulate by and through their undersigned

20  counsel of record to request that this Court modify its previous Order approving a stipulation to amend

21  the briefing schedule (Doc. 234) and extend the time for Plaintiff's opposition to Defendants' pending

22  motions for new trial in order to permit the parties to finalize the settlement negotiations.  Good cause

23  exists for this brief enlargement of time because the parties have an agreement in principle to settle the

24  entire case, however, the final terms have yet to be reduced to writing.  As soon as the settlement papers

25  have been prepared by defense counsel, Plaintiff expects that she will review and sign them promptly.

26  Accordingly, the parties stipulate and agree that the time for filing Plaintiff's supplemental opposition to

27  Defendants' Rule 59 motion may be enlarged from January 4, 2016 to January 28, 2016.

28

1   Dated:   January 4, 2016                                      LAW OFFICES OF
                                                          PAMELA Y. PRICE
2
                                                          _____/s/ *Pamela Y. Price*_____
3                                                          PAMELA Y. PRICE, Attorneys for Plaintiff
4                                                          IRMA B. SANCHEZ

5
6   Dated:   January 4, 2016                                      CALIFORNIA
                                                          DEPARTMENT OF JUSTICE
7                                                          DEPUTY ATTORNEY GENERAL

8
                                                          _____/s/ *Matthew T. Besmer*_____
9                                                          MATTHEW T. BESMER, Attorney for Defendants
                                                          STATE OF CALIFORNIA, SYDNEY SMYTH
10

11                                          **ORDER**

12
13          The Court having read and considered the Stipulation of Counsel to modify the briefing schedule

14   on Defendants' post trial Rule 59 motion to extend the time for filing of Plaintiff's supplemental

15   opposition to Defendants' motion until January 28, 2016 to allow the parties to finalize the settlement.  If

16   the settlement is not finalized, the parties must be prepared to file their appropriate responses to the

17   outstanding motions as no further extensions will be granted. Good cause appearing therefore, **IT IS SO**

18   **ORDERED**.

19
20   IT IS SO ORDERED.

21   Dated:   **January 5, 2016**
                                                          _____
22                                                         UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28