# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>        Defendants. | Case No.  1:12-cv-01835-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 262)<br><br>Deadline:  February 26, 2016 |

Following the jury entering a verdict in favor of Plaintiff in this action, Defendants filed a motion for a new trial. After receiving multiple extensions of time to file an opposition to the motion, on January 28, 2016, the parties filed a stipulation to extend time of Plaintiff to file an opposition to Defendants' motion for a new trial. The stipulation provides that the parties have reached settlement in this action and have signed a settlement agreement.

The extension of time is sought for Plaintiff to work with her financial advisors to address the tax implications of the settlement. Based upon this notice of settlement the Court shall vacate all pending dates in this action and the parties shall file dispositive documents on or before February 26, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates in this action are VACATED;

2. The parties shall file dispositional documents on or before February 26, 2016;

3. The Office of the Clerk is DIRECTED to terminate all pending motions; and

///

1

4. Any objections to this order must be filed within five (5) days.

IT IS SO ORDERED.

Dated: **January 29, 2016**

UNITED STATES MAGISTRATE JUDGE