# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01835-SAB<br><br>ORDER ADDRESSING DEFENDANTS OBJECTION TO JANUARY 29, 2016 ORDER<br><br>(ECF No. 264) |

On January 28, 2016, the parties filed a stipulation to extend time for Plaintiff to file an opposition to Defendants' motion for a new trial. The Court issued an order on January 29, 2016, vacating all dates, requiring the parties to file dispositive documents, and terminating the motion. On February 2, 2016, Defendants filed an opposition to the order. Defendants are concerned that should the settlement fail, they would be prejudiced by the dismissal of their motion for a new trial.

The Court has not dismissed the motion for a new trial, but has terminated all outstanding dates. If the parties are unable to reach settlement, they shall notify the Court and an order will issue establishing new deadlines for the opposition and reply.

IT IS SO ORDERED.

Dated:   **February 3, 2016**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE