# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>      Defendants. | Case No. 1:12-cv-01835-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 263)<br><br>MARCH 9, 2016 DEADLINE |

On January 29, 2016, an order issued requiring the parties to file dispositional documents in this action by February 26, 2016. On February 2, 2016, Defendants filed objections to the order which were addressed by an order on February 3, 2016. The time for dispositional documents to be filed has passed and the parties have not complied with or otherwise responded to the January 29, 2016.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are required to show cause why sanctions should not issue for the failure to comply with the January 29, 2016 order on or before March 9, 2016; and

/ / /

/ / /

/ / /

1

2. The failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 1, 2016**

UNITED STATES MAGISTRATE JUDGE