# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA B. SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No.  1:12-cv-01835-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY APRIL 4, 2016<br><br>(ECF Nos. 266, 267) |

On March 2, 2016, an order issued requiring the parties to show cause why sanctions should not issue for the failure to comply with an order to file dispositional documents.  (ECF No. 266.)  On that same date, Defendants filed a response to the order to show cause.  (ECF No. 267.)  Based upon the response, the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that the order to show cause issued March 2, 2016, is DISCHARGED and the parties shall file dispositional documents on or before April 4, 2016.

IT IS SO ORDERED.

Dated:  **March 2, 2016**

UNITED STATES MAGISTRATE JUDGE

1