IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **IRMA B. SANCHEZ,**<br><br>                                Plaintiff,<br><br>        v.<br><br>**STATE OF CALIFORNIA, SYDNEY SMYTH, and DOES 1 THROUGH 15, in their individual capacities,**<br><br>                                Defendants. | 1:12-cv-01835-SAB<br><br>ORDER GRANTING DEFENDANT SMYTH'S APPLICATION FOR ORDER OF DISBURSEMENT OF REGISTRY FUNDS |

   On July 22, 2015, Defendant Sydney Smyth deposited $15,000 into the court registry in lieu of filing a bond to stay enforcement of the punitive damages judgment. *See* Doc. 216, and Receipt No. CAE100029841. The deposit was made to comply with the Court's order dated July 13, 2015. *See* Doc. 199. Since then, the parties have settled all disputes among and between them. On April 4, 2015, Defendant Smyth filed a Notice of Full and Complete Satisfaction of Judgment As to the Punitive Damages Award executed by Plaintiff's counsel on February 18, 2016. *See* Doc. 270. The satisfaction of judgment states that based on Plaintiff and Defendant Smyth's agreement, "Plaintiff has waived all rights and claims she may have to the punitive damages award, and has forever released Smyth from any obligation he may have to pay the

1 | award. The parties have agreed to bear their respective attorneys' fees and costs." *See* Doc. 270.

2 | Based on the foregoing and in accordance with Local Rule 150(h), Defendant Smyth
3 | requests that this Court issue an Oder of Disbursement of the $15,000 that he deposited into the
4 | court registry, plus any applicable interest, payable to Sydney Smith.

6 | Dated: April 4, 2016                                    Respectfully submitted,

7 |                                                         KAMALA D. HARRIS
                                                            Attorney General of California
8 |                                                         DAVID J. NEILL
                                                            Supervising Deputy Attorney General
9 |
                                                            *MATTHEW T. BESMER*
10 |
                                                            MATTHEW T. BESMER
11 |                                                        Deputy Attorney General
                                                            *Attorneys for Defendant Sydney Smyth*

**ORDER OF DISBURSEMENT**

On April 4, 2016, Plaintiff filed a notice of satisfaction of judgment as to the punitive damages and as to the compensatory damages awarded by the jury in this action. Accordingly, there are no remaining issues for the Court to address in this matter

Based on the foregoing, **IT IS HEREBY ORDERED** that the Clerk of the Court is directed to disburse $15,000, plus any applicable interest, from the court registry payable to Sydney Smyth. This payment constitutes a return of the funds, with any applicable interest, that Sydney Smyth deposited with the court registry on July 22, 2015. *See* Doc. 216, and Receipt No. CAE100029841.

IT IS SO ORDERED.

Dated:   **April 4, 2016**

UNITED STATES MAGISTRATE JUDGE